

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

FILED
2018 APR 17 PM 1:59
U.S. MAGISTRATE JUDGE
BY_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-mj-0418-PAL |
| Plaintiff, | |
| vs. | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR DAVID SHUMATE (ID#) 01358637 |
| DAVID SHUMATE, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said DAVID SHUMATE before the United States District Court at Las Vegas, Nevada, on or about _____April 19_____, 2018, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: _April 17_, 2018

_____
UNITED STATES MAGISTRATE JUDGE

5

```
                                                        FILED
1  DAYLE ELIESON
   Acting United States Attorney                  2018 APR 17 PM 1:59
2  ELHAM ROOHANI
   Nevada Bar No. 12080                          U.S. MAGISTRATE JUDGE
3  Assistant United States Attorney
   501 Las Vegas Blvd. South, Suite 1100          BY_____
4  Las Vegas, Nevada 89101
   Phone: (702) 388-6336
5  Email: elham.roohani@usdoj.gov

6  Attorney for the United States of America
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-mj-0418-PAL |
| Plaintiff, | |
| vs. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR DAVID SHUMATE |
| DAVID SHUMATE, | (ID#) 01358637 |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that DAVID SHUMATE, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said DAVID SHUMATE be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said DAVID SHUMATE may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on _____April 19_____, 2018, at the hour of 3:00 p.m. ___.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said DAVID SHUMATE before the United States District Court on or about _____April 19_____, 2018, at the hour of _3:00 p.m._, for arraignment and

1  from time to time and day to day thereafter until excused by the Court has been ordered by the

2  United States Magistrate or District Judge for the District of Nevada.

3      WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad

4  Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,

5  Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding

6  them to produce the said DAVID SHUMATE before the United States District Court on or about

7  __April 19__, 2018, at the hour of 3:00 p.m., for arraignment and from time to

8  time and day to day thereafter, at such times and places as may be ordered and directed by the

9  Court entitled above, to appear before the Court, and when excused by the said Court, to be

10 returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

    Respectfully Submitted,

    DAYLE ELIESON
    United States Attorney

    */s/ (for)*
    ELHAM ROOHANI
    Assistant United States Attorney

2