**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-00143-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | ECF No. 28 |
| DAVID SHUMATE, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Sentencing hearing currently scheduled for Monday, January 14, 2019 at 11:00 a.m., be vacated and continued to February 4, 2019, at the hour of 10:30 a.m.

DATED this 8th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE