# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:18-cr-00143-JAD-NJK |
| Plaintiff | |
| v. | **Order Denying Motion for Transcripts** |
| David Shumate, | [ECF No. 32] |
| Defendant | |

Defendant David Shumate was sentenced to 37 months in prison after he pled guilty under a written plea agreement to being a felon in possession of a firearm. His judgment was entered on February 5, 2019.[1] Shumate has filed no appeal, but he moves the court for a free copy of the transcripts of the plea and sentencing hearings in his case.[2] He reasons that he "need[s] them so that [he] can file a motion pursuant to 28 U.S.C. § 2255, and/or assist [his] attorney with [his] appeal pursuant to 28 U.S.C. § 753(f)."[3]

Because Shumate filed no appeal, the deadline for appeal has long passed,[4] and Shumate does not appear to have counsel that he needs to assist for any purpose at this time, I deny his motion. Should he ultimately require such transcripts, Shumate should consult Rule 10 of the Federal Rules of Appellate Procedure for instructions on ordering transcripts.

---

[1] ECF No. 31.

[2] ECF No. 32.

[3] *Id*.

[4] *See* Fed. R. App. P. 4(b)(1)(A) (14-day deadline to appeal from a judgment in a criminal case).

Accordingly, IT IS HEREBY ORDERED that **the motion for transcripts [ECF No. 32] is DENIED.**

Dated: August 30, 2019

_____
U.S. District Judge Jennifer A. Dorsey