**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID SHUMATE,<br><br>　　　　Defendant. | Case No. 2:18-CR-143-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 50 |

　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, March 29, 2021 at 3:00 p.m., be vacated and continued to May 10, 2021, at 3:00 p.m.

　　DATED this 25th day of March, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE