RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANNIE J. YOUCHAH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Annie_Youchah@fd.org

Attorney for David Shumate

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>DAVID SHUMATE,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00143-JAD-NJK-1<br><br>**STIPULATION TO APPEAR VIA VIDEOCONFERENCE FOR INITIAL APPEARANCE HEARING**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Bianca Pucci, Assistant United States Attorney, initial appearance counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Annie J. Youchah, Assistant Federal Public Defender, initial appearance counsel for David Shumate, that the Initial Appearance Hearing currently scheduled on Tuesday, October 12, 2021 at 2:30 pm, be held via videoconference.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　The client believes that he has COVID and would like to appear via videoconference for his initial appearance for this reason.

2. The defendant is out of custody and agrees with the need to appear via videoconference.

3. The parties agree to the hearing being held via videoconference.

This is the first request for a videoconference of the initial appearance hearing.

DATED this 12th day of October, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Annie J. Youchah*<br>By_____<br>ANNIE J. YOUCHAH<br>Assistant Federal Public Defender | */s/ Bianca Pucci*<br>By_____<br>Bianca Pucci<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DAVID SHUMATE,<br><br>          Defendant. | Case No. 2:18-cr-00143-JAD-NJK-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the initial appearance hearing currently scheduled for Tuesday, October 12, 2021 at 2:30 p.m., be held via videoconference.

DATED this 12th day of October, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE