UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID SHUMATE,<br><br>        Defendant. | Case No. 2:18-cr-00143-JAD-NJK-1<br><br>**ORDER**<br><br>ECF No. 83 |

　　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, April 4, 2022 at 2:00 p.m., be vacated and continued to July 18, 2022 at 11:00 a.m.

　　　DATED this 29th day of March 2022.

_____
UNITED STATES DISTRICT JUDGE