# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID SHUMATE,<br><br>    Defendant. | Case No. 2:18-cr-00143-JAD-NJK-1<br><br>**ORDER**<br><br>ECF No. 85 |

    Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for July 18, 2022 at 11:00 a.m., be vacated and continued to October 17, 2022, at 10:00 a.m.

    DATED this 14th day of July 2022.

                                                        _____
                                                         UNITED STATES DISTRICT JUDGE